## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE No.: 19-cv-20875-MGC

NATALIA SAGOT,

      Plaintiff

NIZNIK BEHAVIORAL HEALTH RESOURCES, INC.,
a for profit Delaware corporation
d/b/a UNIVERSAL SPECIALTY PHARMACY and
UNIVERSAL SPECIALTY PHARMACY, LLC,
a Georgia limited liability company,

                       Defendants.                        /

### DEFENDANT'S NIZNIK BEHAVIORAL HEALTH RESOURCES, INC., RESPONSE TO PLAINTIRFF'S STATEMENT OF CLAIM

Defendant, NIZNIK BEHAVIORAL HEALTH RESOURCES, INC. ("NBHR"), by and through its undersigned counsel, hereby responds to Plaintiff's, NATALIA SAGOT ("SAGOT"), Statement of Claim [DE 5] and states as follows:

1.  Plaintiff is suing Defendant NBHR, as well as Defendant UNIVERSAL SPECIALTY PHARMACY, LLC ("USP") for violation of the Family and Medical Leave Act ("FMLA") [DE 1].

2.  Plaintiff alleges that NBHR and USP are joint employers, but both parties deny this.

3.  Plaintiff was initially employed by NBHR, but provided a resignation letter in November 2017 and indicated that she would be resigning effective December 21, 2017. After she provided notice of her resignation from NBHR, USP offered her a job, which she accepted. As such, Plaintiff began working for USP as of December 26, 2017. As such, Plaintiff cannot claim that NBHR violated the FMLA because Plaintiff voluntarily resigned from NBHR and was thereafter not employed by NBHR.

4.   Additionally, both Defendants have filed motions to dismiss and compel arbitration because Plaintiff signed arbitration agreements with both entities and, even if she had not agreed to arbitrate with NBHR, because Plaintiff is alleging a joint employer relationship and the claims are inextricably linked, arbitration is required pursuant to the USP Agreement.

5.   Plaintiff is alleging that she is entitled to back pay, front pay, liquidated damages, attorneys' fees, and costs [DE 5]. Defendant NBHR denies that Plaintiff is entitled to any damages.

Respectfully submitted,

**GALLUP AUERBACH**
4000 Hollywood Boulevard
Presidential Circle-Suite 265
Hollywood, Florida 33021
t: 954-894-3035
f: 954-894-8015
e: dgallup@gallup-law.com

By:     ***/s/ Dana M. Gallup___***
DANA M. GALLUP
FBN: 949329
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April 2019, I electronically filed the foregoing document with the Clerk of Court using EM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:     ***/s/ Dana M. Gallup_____***
DANA M. GALLUP
FBN: 949329

**SERVICE LIST**

*Sagot v. Niznik Behavioral Health Resources, Inc. et al*

**CASE NO.: 19-cv-20875-MGC**

Dana M. Gallup, Esq.
FBN: 0949329
E: dgallup@gallup-law.com
**GALLUP AUERBACH**
4000 Hollywood Boulevard
Suite 265 South
Hollywood, Florida 33021

T:  954.894.3035
F:  954.894.8015

*Counsel for Defendant*
*Niznik Behavioral Health Resources, Inc.*

Anthony F. Sanchez, Esq.
FBN: 0789925
E: afs@laborlawfla.com
**ANTHONY F. SANCHEZ, P.A.**
6701 Sunset Drive, Suite 101
Miami, FL 33143

T: (305) 665-9211
F: (305)  328-4842

*Attorney for Plaintiff*

Elizabeth M. Rodriguez, Esq.
FBN: 821690
E: erodriguez@fordharrison.com
**FORDHARRISON**
1 SE 3rd Avenue
Suite 2130
Miami, FL 33131

Telephone: (305) 808-2143

*Attorney for Defendant*
*Universal Specialty Pharmacy, LLC*

*VIA CM/ECF*