## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE No.: 19-cv-20875-MGC

NATALIA SAGOT,

    Plaintiff

NIZNIK BEHAVIORAL HEALTH RESOURCES, INC.,
a for profit Delaware corporation
d/b/a UNIVERSAL SPECIALTY PHARMACY and
UNIVERSAL SPECIALTY PHARMACY, LLC,
a Georgia limited liability company,

                Defendants.                /

### **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Defendant, NIZNIK BEHAVIORAL HEALTH RESOURCES, INC. by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, hereby disclose the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-trading companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Natalia Sagot, Plaintiff
    b. Anthony F. Sanchez, Esq., *Counsel for Plaintiff*
    c. Anthony F. Sanchez, P.A., *Counsel for Plaintiff*
    d. Niznik Behavioral Health Resources, Inc., Defendant
    e. Dana M. Gallup, Esq., *Counsel for Defendant Niznik*
    f. Jacob K. Auerbach, Esq., *Counsel for Defendant Niznik*
    g. Debra A. Auerbach, Esq., *Counsel for Defendant Niznik*
    h. Gallup Auerbach, LLC, *Counsel for Defendant Niznik*
    i. Universal Specialty Pharmacy, LLC, Defendant
    j. Elizabeth M. Rodriguez, Esq., *Counsel for Defendant Universal*
    k. FordHarrison, *Counsel for Defendant Universal*

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a. NONE.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a. NONE.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wronged, including every person who may be entitled to restitution:

    a. Plaintiff, Stefano Floris
    b. Defendants, Niznik Behavioral Health Resources, Inc. & Universal Specialty Pharmacy, LLC

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted,

**GALLUP AUERBACH**
4000 Hollywood Boulevard
Presidential Circle-Suite 265
Hollywood, Florida 33021
t: 954-894-3035
f: 954-894-8015
e: dgallup@gallup-law.com

By:    */s/ Dana M. Gallup*
      DANA M. GALLUP
      FBN: 949329
      *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 17th day of April 2019, I electronically filed the foregoing document with the Clerk of Court using EM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      By:    */s/ Dana M. Gallup*
              DANA M. GALLUP
              FBN: 949329

GALLUP AUERBACH • 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel: 954.894.3035 • Web: gallup-law.com

## SERVICE LIST
*Sagot v. Niznik Behavioral Health Resources, Inc. et al*
**CASE NO.: 19-cv-20875-MGC**

| | |
|---|---|
| Dana M. Gallup, Esq.<br>FBN: 0949329<br>E: dgallup@gallup-law.com<br>**GALLUP AUERBACH**<br>4000 Hollywood Boulevard<br>Suite 265 South<br>Hollywood, Florida 33021<br><br>T:  954.894.3035<br>F:  954.894.8015<br><br>*Counsel for Defendant*<br>*Niznik Behavioral Health Resources, Inc.* | Anthony F. Sanchez, Esq.<br>FBN: 0789925<br>E: afs@laborlawfla.com<br>**ANTHONY F. SANCHEZ, P.A.**<br>6701 Sunset Drive, Suite 101<br>Miami, FL 33143<br><br>T: (305) 665-9211<br>F: (305)  328-4842<br><br>*Attorney for Plaintiff* |

Elizabeth M. Rodriguez, Esq.
FBN: 821690
E: erodriguez@fordharrison.com
**FORDHARRISON**
1 SE 3rd Avenue
Suite 2130
Miami, FL 33131

Telephone: (305) 808-2143

*Attorney for Defendant*
*Universal Specialty Pharmacy, LLC*

*VIA CM/ECF*