UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-20875-CIV-COOKE/Goodman

(U.S. Magistrate Judge Jonathan Goodman by Order of Referral entered 3/7/19)

**Natalia Sagot**, individually,

    Plaintiff,

vs.

**Niznik Behavioral Health Resources, Inc.**, a for profit Delaware corporation, and **Universal Specialty Pharmacy, LLC**, a Georgia limited liability company,

    Defendants.
_____/

### NOTICE OF CANCELLATION OF DISCOVERY HEARING
(PREVIOUSLY SCHEDULED TO TAKE PLACE ON OCTOBER 4, 2019 AT 4:30 P.M. PER "AMENDED PLAINTIFF'S NOTICE OF DISCOVERY HEARING" [DE 62])

Undersigned counsel for the Plaintiff herby files this Notice of Cancellation of Discovery Hearing, as follows:

1. The parties have resolved the remaining discovery issues which were the subject of the "Amended Plaintiff's Notice of Discovery Hearing" [DE 62].

2. Upon communicating the resolution of issues between the parties, undersigned counsel for the Plaintiff confirmed with Chambers of the Honorable Magistrate Judge Goodman moments ago that the hearing would be cancelled upon filing of this "Notice of Cancellation of Discovery Hearing".

### CERTIFICATE OF CONFERRAL

I HEREBY CERTIFY that, I have conferred with respective counsel for Defendant USP and Defendant NBHR and was able to resolve the remaining discovery issues between the parties who agree to cancelation of the hearing currently scheduled in this case for October 4, 2019 at 4:30 p.m.

                                                    /S/ Anthony F. Sanchez
                                                  Anthony F. Sanchez
                                                  Florida Bar No. 789925

<u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that on September 25, 2019 and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served on all counsel of record and parties listed on the Service List below.

Anthony F. Sanchez, P.A.
Attorneys for Plaintiff
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel.:   305-665-9211
Fax:   305-328-4842
Email:  afs@laborlawfla.com

By:  /s/ Anthony F. Sanchez
      Anthony F. Sanchez
      Florida Bar No. 789925

<u>SERVICE LIST</u>

| | |
|---|---|
| Anthony F. Sanchez, Esq.<br>Florida Bar No.: 789925<br>Email: afs@laborlawfla.com<br>Email: faz@laborlawfla.com<br>*Counsel for Plaintiff*<br>ANTHONY F. SANCHEZ, P.A.<br>6701 Sunset Drive, Suite 101<br>Miami, Florida 33143<br>Tel:   305-665-9211<br>Fax:   305-328-4842 | Dana M. Gallup, Esq.<br>Florida Bar No.: 949329<br>Email: dgallup@gallup-law.com<br>Email: mescobar@gallup-law.com<br>*Counsel for Defendant*<br>*Niznik Behavioral Health Resources, Inc.*<br>GALLUP AUERBACH<br>4000 Hollywood Blvd., Suite 265 South<br>Hollywood, Florida 33021<br>Tel:   954-894-3035<br>Fax:   954-894-8015<br>*Via Notice of Electronic Filing*<br><br>Elizabeth M. Rodriguez, Esq.<br>Florida Bar No.: 821690<br>Email: erodriguez@fordharrison.com<br>Email: PDelVillar@fordharrison.com<br>*Counsel for Defendant*<br>*Universal Specialty Pharmacy, LLC*<br>FORD & HARRISON, LLP<br>1 SE 3rd Avenue, Suite 2130<br>Miami, Florida 33131-1700<br>Tel:   305-808-2100<br>Fax:   305-808-2101<br>*Via Notice of Electronic Filing* |